UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| PAUL MICHAEL JONES<br>REG # 05423-017 | * | CIVIL ACTION NO. 2:15-cv-2622 |
| v. | * | JUDGE MINALDI |
| BUREAU OF PRISONS, ET AL | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 11) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that Jones' Application for Writ of *Habeas Corpus* under 28 U.S.C. § 2241 is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

Lake Charles, Louisiana, this 9 day of August, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE